ACCEPTED
12-14-00310-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 3:25:29 PM
CATHY LUSK
CLERK

## IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS
## AT TYLER

| | | |
|---|---|---|
| **BRANDON SAXON,** <br> **Appellant,** | § <br> § <br> § | FILED IN <br> 12th COURT OF APPEALS <br> TYLER, TEXAS |
| **v.** | § <br> § | **NO.12-14-00310-CV** |

**GROVE CLUB LAKE, INC.,**
**Appellee**

2/27/2015 3:25:29 PM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND DEADLINE FOR FILING BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

BRANDON SAXON, Appellant, moves the Court to allow an extension of 30 days for filing of brief, and would respectfully show the Court the following:

I.

The deadline for filing Appellant's Brief is Monday, March 2, 2015.

II.

Brandon Saxon, Appellant is requesting that the court extend above stated deadline for 30 days, until April 1, 2015.

III.

Appellant requests this extension because it was necessary to request a Supplemental Clerk's Record to obtain two documents which were missing from the original Clerk's Record. In addition, the undersigned counsel has, within the last 30 days, conducted a hotly contested mediation over two days; worked on two sets of outgoing written discovery; worked on two sets of responses to incoming written discovery; and prepared for and attended a number of other hearings. An extension of thirty days will afford counsel the opportunity to thoroughly review the complete record and prepare the brief.

IV.

No other extensions have been requested by Appellant.

## PRAYER

Appellant respectfully requests that this honorable Court grant this Motion and allow an extension of 30 days for filing brief. Appellant further requests all other appropriate relief to which he may be entitled.

Respectfully Submitted,

**HEALY LAW OFFICES, P.C.**
113 E. Houston St.
Tyler, TX 75702-8130
Tel: (903) 592-7566
Fax: (903) 592-7589

By: _____
**SEAN P. HEALY**
State Bar No. 00785953
Attorney for Appellant BRANDON SAXON

### Certificate of Conference

Kevin Giddens, the attorney for Appellee, agrees to the requests in this Motion, as evidenced by his signature below.

_____
**KEVIN R. GIDDENS**

### Certificate of Service

A true and correct copy of the foregoing instrument was served of delivered by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the care and custody of the United States Postal Service, to:

Kevin Giddens
Attorney at Law
235 S. Broadway, Suite 200
Tyler, Texas 75702
Email: <kgiddens@ltlawfirm.com>
Attorney for Appellee GROVE CLUB LAKE, INC.

_____
**SEAN P. HEALY**